# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2906

_____

Randolph Michael Rabbe; Lisa Ann Rabbe

*Plaintiffs - Appellants*

v.

Wells Fargo Home Mortgage, Inc.; Wells Fargo, N.A.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: April 27, 2018
Filed: May 2, 2018
[Unpublished]

_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

In this removed action, Randolph and Lisa Rabbe appeal after the district court[1] denied them leave to amend their complaint, and adversely granted judgment on the pleadings. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court concludes that the denial of leave to amend was proper, and that the grant of judgment on the pleadings was correct for the reasons stated by the district court. *See Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 497 (8th Cir. 2008) (court may deny motion to amend when amendment would be futile), *Poehl v. Countrywide Home Loans, Inc.*, 528 F.3d 1093, 1096 (8th Cir. 2008) (grant of judgment on the pleadings reviewed de novo); *see also Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (pleading must contain sufficient facts to state claim that is plausible on its face).

The judgment is affirmed. *See* 8th Cir. R. 47B.

---------------------------------

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.